UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ABB INC., | ) | CASE NO. 2:09-CV-171 |
| | ) | |
| Plaintiff | ) | JUDGE EDMUND A. SARGUS, JR. |
| | ) | Magistrate Judge Mark R. Abel |
| vs. | ) | |
| | ) | **STIPULATION OF DISMISSAL WITH** |
| INDUSTRIAL MAINTENANCE | ) | **PREJUDICE;** |
| SERVICES, INC. *et al.*, | ) | **[PROPOSED] ORDER OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| Defendants | ) | |

WHEREAS Plaintiff ABB, Inc. ("ABB"), and Defendants Industrial Maintenance Services, Inc. ("IMS") and Process Control Systems International ("PCSI") (collectively, "Defendants"), have settled the above-captioned matter; and

IT IS HEREBY STIPULATED by and between ABB, through its attorneys, and Defendants, through their attorneys, that all claims and counterclaims in this action, including claims and counterclaims that could have been asserted, shall be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

//

//

//

//

IT IS HEREBY FURTHER STIPULATED that this Court shall retain jurisdiction to enforce the Settlement Agreement entered into among ABB, IMS, and PCSI in connection with the settlement of this case.

IT IS SO STIPULATED.

Dated: March 4, 2010

s/ *James L. Mann*
James L. Mann (0007611)
MANN & PRESTON LLP
18 East 2nd Street
Chillicothe, Ohio 45601
Tel: (740) 775-2222
Fax: (740) 775-2627
jmann@horizonview.net

Dated: March 4, 2010

s/ *R. Bruce Barze, Jr.*
R. Bruce Barze, Jr. (admitted *pro hac vice*)
M. Jefferson Starling III (admitted *pro hac vice*)
BALCH & BINGHAM LLP
P.O. Box 306
Birmingham, Alabama 35201-0306
Tel: (205) 251-8100
Fax: (205) 488-5706
bbarze@balch.com
jstarling@balch.com

Attorneys for Plaintiff
ABB, Inc.

Dated: March 4, 2010

s/ *Robert E. Chudakoff*
Robert E. Chudakoff (0038594), Trial Attorney
ULMER & BERNE LLP
Skylight Office Tower
1660 West 2nd Street – Suite 1100
Cleveland, Ohio 44113-1448
Tel: (216) 583-7000
Fax: (216) 583-7001
rchudakoff@ulmer.com

Attorney for Defendant
Process Control Systems International

Dated: March 4, 2010

s/ Scott J. Stitt
Scott J. Stitt (0073943), Trial Attorney
JAMES E. ARNOLD & ASSOCIATES, LPA
115 West Main Street, Fourth Floor
Columbus, Ohio 43215
Tel: (614) 460-1600
Fax: (614) 469-1066
sstitt@arnlaw.com

Attorney for Defendant
Industrial Maintenance Services, Inc.

### ORDER

Good Cause appearing therefore, IT IS ORDERED THAT:

All claims and counterclaims in this action, including claims and counterclaims that could have been asserted, are hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

This Court shall retain jurisdiction to enforce the Settlement Agreement entered into among ABB, IMS, and PCSI in connection with the settlement of this case.

IT IS SO ORDERED.

Dated: March 15, 2010

EDMUND A. SARGUS, JR.
United States District Judge

3

CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2010, the foregoing Stipulation of Dismissal With Prejudice; [Proposed] Order of Dismissal was electronically filed. Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Case Filing system. Parties and their counsel may access this filing through the Court's Electronic Case Filing System. Counsel of record include:

| | |
|---|---|
| R Bruce Barze, Jr.<br>bbarze@balch.com<br>M Jefferson Starling, III<br>jstarling@balch.com<br>BALCH & BINGHAM LLP<br>1901 Sixth Avenue North<br>Suite 1500<br>Birmingham, AL 35203<br><br>Attorneys for Plaintiff ABB | James Lee Mann<br>lawdirector@horizonview.net<br>Assistant Law Director<br>20 East Second Street<br>Chillicothe, OH 45601<br><br>Attorneys for Plaintiff ABB |

Scott J Stitt
sstitt@arnlaw.com
James E Arnold & Associates, LPA
115 West Main Street, 4th Floor
Columbus, OH 43215

Attorney for Defendant IMS

*s/ Robert E. Chudakoff*
Robert E. Chudakoff (0038594)
ULMER & BERNE LLP

Trial Attorney for Defendant
Process Control Systems International

1825132v3
35198.00000

4